1   DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
2   117 J Street, Suite 202
    Sacramento, California 95814-2282
3   DwightSamuelAtty@Yahoo.com
    916-447-1193
4

    Attorney for Defendant
5   ANITA CHU

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )   NO. 2:10-CR-427 FCD
12              Plaintiff,               )
                                         )
13  v.                                   )   WAIVER OF DEFENDANT'S
                                         )   PRESENCE
14  ANITA CHU,                           )
                                         )
15              Defendant.               )
                                         )
16  _____ )

17
        Defendant ANITA CHU hereby waives the right to be present in person in open court
18
    upon the hearing of any motion or other proceeding in this cause, including, but not limited to,
19
    when the case is ordered set for trial, when a continuance is ordered, and when any other action
20
    is taken by the court before or after trial, except on arraignment, plea, impanelment of jury and
21
    imposition of sentence.
22
        Defendant hereby requests the court to proceed is her absence which the court may
23
    permit pursuant to this waiver; agrees that her interests will be deemed represented at all times
24
    by the presence of her attorney, Dwight M. Samuel, the same as if defendant were personally
25
    present; and further agrees to be present in court ready for trial any day and hour the court may
26
    fix in her absence.
27
        Defendant further acknowledges that she has been informed of her rights under Title 18
28

U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes her attorney to set times and dates under that Act without defendant being present.

DATED: October 8, 2010


/s/*Anita Chu*
ANITA CHU

DATED: October 7, 2010


/s/*Dwight M. Samuel*
DWIGHT M. SAMUEL
Attorney for Defendant
ANITA CHU


APPROVED: October 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE