**FILED**
October 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANITA CHU, ) <br> Defendant. ) <br> ) | Case No. MAG. 10-0290-KJN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANITA CHU, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $26,000.00 (or all available equity in subject property)

    ___ Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-07-10  at  2:31 pm.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge