1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  WINNIE CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CR-00427-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| WINNIE CHEN, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, defendant, Anita Chu, by and through her counsel, Dwight Samuel, defendant, Cuong Cach, by and through his counsel, Michael Long, defendant, Nhat Hoang, by and through her counsel, David Fischer, defendant, Washing Chen, by and through his counsel, Carl Larson, and defendant Winnie Chen, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 3, 2011 at 10:00 a.m., and to continue the status conference to March 31, 2011 at 10:00 a.m. in the courtroom of the Honorable Kimberly J. Mueller.

The reason for this request is that all above-named defense counsel need additional time to review discovery, conduct investigation, and/or engage in other defense preparation. The Court is advised that Mr. Leras concurs with this request and that he and all defense counsel named above have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 31, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 1, 2011        BENJAMIN WAGNER
                               United States Attorney

                               By:        /s/ Todd Leras
                                   TODD LERAS
                                   Assistant United States Attorney

Dated: February 1, 2011               /s/ Dwight Samuel
                               DWIGHT SAMUEL
                               Attorney for Defendant
                               ANITA CHU

Dated: February 1, 2011               /s/ Michael Long
                               MICHAEL LONG
                               Attorney for Defendant
                               CUONG CACH

Dated: February 1, 2011               /s/ David Fischer
                               DAVID FISCHER
                               Attorney for Defendant
                               NHAT HOANG

Dated: February 1, 2011               /s/ Carl Larson
                               CARL LARSON
                               Attorney for Defendant
                               WASHING CHEN

Dated: February 1, 2011               /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               WINNIE CHEN

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 3, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 31, 2011 at 10:00 a.m.   The court finds excludable time in this matter through March 31, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  February 3, 2011.

_____
UNITED STATES DISTRICT JUDGE