1  DWIGHT M. SAMUEL (CA SB# 054486)
2  A Professional Corporation
   117 J Street, Suite 202
3  Sacramento, California 95814-2282
   (916) 447-1193
4  dwightsamuelatty@yahoo.com

5  Attorney for Defendant
6  ANITA CHU

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA       )     CASE NO.: 10-cr-00427 KJM
13 |                                )
   |        Plaintiff,              )
14 |                                )
   |     v.                         )     REQUEST FOR ORDER AND ORDER
15 |                                )     TO RETURN PASSPORT
   | ANITA CHU,                     )
16 |                                )     Date:  No date
17 |        Defendant.              )     Time:  No time
   |_____)     Judge: Kimberly J. Mueller
18

19         On or about October 8, 2010, a US Passport was received from Anita Chu as collateral for

20 the above entitled case.  Ms. Chu had been arrested in this district based upon an indictment filed

21 in this district. On May 14, 2013, Ms. Chu was dismissed from this case.

22         It is hereby requested that Ms. Chu's passport be returned.

23

24

25 Dated: May 21, 2012                            Respectfully submitted,

26                                                 _____/s/ Dwight M. Samuel_____
27                                                 Dwight M. Samuel
                                                   Attorney for Defendant
28

IT IS HEREBY ORDERED that the passport of Anita Chu be returned.

Dated: June 3, 2013.

_____
UNITED STATES DISTRICT JUDGE