DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193
dwightsamuelatty@yahoo.com

Attorney for Defendant
ANITA CHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 10-cr-00427 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST FOR ORDER AND ORDER |
| | ) | EXONERATING BOND |
| ANITA CHU, | ) | |
| | ) | Date:  No date |
| Defendant. | ) | Time:  No time |
| _____ | ) | Judge: Kimberly J. Mueller |

On or about October 15, 2010, a $26,000 appearance bond, secured by a deed against the real property of Connie Louie Chu, was posted on behalf of Anita Chu. Mr. Chu had been arrested in this district based upon an indictment filed in this district.

On May 14, 2013, Ms. Chu was dismissed from this case.

It is hereby requested that the $26,000.00 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about October 15, 2010.

Dated: May 21, 2012                                      Respectfully submitted,


                                                          */s/ Dwight M. Samuel*
                                                          Dwight M. Samuel
                                                          Attorney for Defendant



    IT IS HEREBY ORDERED that the bail bond in the amount of $26,000.00 posted by Connie Louie Chu and secured by a Deed of Trust for her home is hereby exonerated.

Dated: June 3, 2013.

_____
UNITED STATES DISTRICT JUDGE